# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

RONALD HAMILTON, ADC #133523                                                                              PLAINTIFF

v.                                       No. 2:16CV00126-JLH-JTK

D. REED, et al.                                                                                          DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.  Plaintiff's complaint against defendants is DISMISSED for failure to state a claim upon which relief may be granted.

2.  This dismissal constitutes a "strike" within the meaning of the PLRA.

3.  The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment will accompany this Order.

IT IS SO ORDERED this 31st day of October, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE